UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:        DEBORAH L. BYRNE

DEBTOR                                                                  CASE NO:  21-90940-AKM-13

**MOTION FOR DETERMINATION OF POST-PETITION
MORTGAGE FEES, EXPENSES, AND CHARGES**

Comes now the Chapter 13 Trustee, Joseph M. Black, Jr., and moves the Court for an Order determining the status of the Notice of Post-petition Mortgage Fees, Expenses, and Charges filed on June 3, 2022 by Michelle Ghidotti of Ghidotti Berger LLP on behalf of US Bank NA.  The reasons for this Motion include the following:

1. The Charges and Fees in the amount of $1,200.00 for Proof of Claim, 410A, and Plan Review seem excessive;

WHEREFORE, the Trustee moves the Court for an Order determining the status of the Notice of Post-petition Mortgage Fees, Expenses, and Charges filed on June 3, 2022.

Dated: June 7, 2022

　　　　　　　　　　　　　　　　　　　　　　　  /s/ Joseph M. Black, Jr.
Joseph M. Black, Jr., Chapter 13 Trustee
PO Box 846
Seymour, IN 47274
Phone: (812)524-7211
Fax:    (812)523-8838
Email: jblacktrustee@trustee13.com

***The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr. ***

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2022, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| Lloyd Koehler | lloydkoehler@hotmail.com |
| Michelle Ghidotti | bknotifications@ghidottiberger.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |

I further certify that on June 7, 2022, a copy of the foregoing pleading was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

Deborah L. Byrne
2325 Quincetree Dr
Clarksville, IN 47129

US Bank Trust NA
SN Servicing Corp
323 Fifth St
Eureka, CA 95501

                                              /s/ Joseph M. Black, Jr.
                                        Joseph M. Black, Jr., Trustee

***The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr. ***